1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   UNITED STATES OF AMERICA,

10                      Plaintiff,

                                                    Case No. CR12-309RSL
11          v.

12   MARVIN ROCKWELL,                               ORDER DENYING DEFENDANT'S
                                                    MOTION FOR EARLY
13                      Defendant.                  TERMINATION OF SUPERVISED
                                                    RELEASE

14

15          This matter comes before the Court on defendant Marvin Rockwell's motion for early

16   termination of supervised release.  Dkt. # 27.  Having reviewed defendant's memorandum and

17   exhibits, the government's response in opposition, the assessment and recommendation of U.S.

18   Probation and Pretrial Services, and the remainder of the record, the Court DENIES defendant's

19   motion.

20          Under 18 U.S.C. § 3583(e), the Court may, after considering a subset of sentencing

21   factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release after at least one

22   year "if it is satisfied that such action is warranted by the conduct of the defendant released and

23   the interest of justice."  18 U.S.C. § 3583(e)(1).  The factors the Court should consider include

24   the nature and circumstances of the offense and the history and characteristics of the defendant;

25   the need for the sentence imposed to afford adequate deterrence, to protect the public, and to

26   provide the defendant with training, medical care, or other treatment in the most effective

27   ORDER DENYING DEFENDANT'S MOTION
     FOR EARLY TERMINATION OF SUPERVISED
28   RELEASE - 1

1 manner; relevant guidelines or policy statements issued by the Sentencing Commission; and the

2 need to provide restitution.  Id. §§ 3553(a), 3583(e).  When deciding whether to terminate

3 supervised release, the Court "enjoys discretion to consider a wide range of circumstances."

4 United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014).

5        On November 1, 2012, defendant pled guilty to one count of possession of child

6 pornography in violation of 18 U.S.C. § 2252(a)(4)(B).  Dkt. ## 5, 7.  On March 15, 2013,

7 defendant was sentenced to one day in custody, with credit for time served, followed by a

8 lifetime term of supervised release.  Dkt. # 19.

9        Since that time, defendant has complied with a sexual deviancy evaluation and

10 successfully completed treatment and all assignments asked of him.  Defendant has continued to

11 meet with his mental health counselor.  At 64 years old, defendant suffers from advanced

12 Parkinson's Disease, which affects his ability to walk, write, and speak.  See Dkt. # 27.  The

13 Court commends defendant's cooperation and acknowledges the challenges presented by

14 defendant's health.  However, given the nature of defendant's offense, the considerations

15 underlying defendant's sentence, and the minimal interference that supervision imposes on

16 defendant, the Court concludes that terminating defendant's supervised release is not warranted

17 at this time.

18

19        For all the foregoing reasons, defendant's motion for early termination of supervised

20 release (Dkt. # 27) is DENIED.

21

22        DATED this 2nd day of March, 2017.

23        _____

24        Robert S. Lasnik
         United States District Judge

25

26

27 ORDER DENYING DEFENDANT'S MOTION
   FOR EARLY TERMINATION OF SUPERVISED
28 RELEASE - 2