The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN ROCKWELL,<br><br>Defendant. | NO. CR12-00309 RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

Having reviewed the Government's Unopposed Motion to Extend Time for Government's Response to the defendant's Renewed Motion for Early Termination of Supervised Release, and based upon the reasons set forth in that Motion,

//
//
//
//
//
//
//

US v. ROCKWELL / CR12-309 RSL
[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS ORDERED that the Government shall file its response to Defendant Marvin Rockwell's Renewed Motion for Early Termination of Supervised Release (Docket No. 33) no later than Tuesday, August 29, 2017.

IT IS SO ORDERED.

DATED this 16th day of Aug., 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Benjamin T. Diggs*
BENJAMIN T. DIGGS
Special Assistant United States Attorney

US v. ROCKWELL / CR12-309 RSL
[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970